FILED
U.S. DISTRICT COURT
SAVANNAH
2013 MAR -6 PM 4:
CLERK P. Moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BRAJA SMITH,

Plaintiff,

v.

CIVIL ACTION NO.: CV613-002

BRIAN OWENS; BRUCE CHATMAN;
JOHN PAUL; WINDELL FOWLER;
and SHEVONDAH FIELDS,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Defendants in their official capacities are **DISMISSED**. Additionally, Plaintiff's request for injunctive relief is **DENIED**.

SO ORDERED, this 6 day of March, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)